| | | |
|---|---|---|
| 1 | John A. Bennett, WSBA #33214<br>E-mail:  john.bennett@bullivant.com | THE HONORABLE<br>STANLEY A. BASTIAN |
| 2 | BULLIVANT HOUSER BAILEY PC<br>One SW Columbia Street, Suite 800 | |
| 3 | Portland, Oregon  97204-4022<br>Telephone: 503.228.6351 | |
| 4 | Facsimile:     503.295.0915 | |
| 5 | Attorneys for Defendant Philadelphia Indemnity Insurance Company | |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | | |
|---|---|---|
| 11<br>12 | SUNSERRA AT CRESENT BAR HOMEOWNERS ASSOCIATION, a Washington non-profit corporation, | No.: 2:21-cv-00321-SAB |
| 13 | Plaintiff, | **NOTICE OF SETTLEMENT WITH PHILADELPHIA INDEMNITY INSURANCE COMPANY** |
| 14 | v. | |
| 15<br>16<br>17 | CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa company; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania company, | |
| 18 | Defendants. | |

TO: The Clerk of the Court and The Honorable Stanley A. Bastian

Notice is hereby given that Plaintiff Sunserra at Cresent Bar Homeowners Association (the "Association") has settled its claims with Defendant Philadelphia Indemnity Insurance Company ("Philadelphia").  As part of the settlement, Philadelphia has reserved its right to file a motion for a contribution claim bar order.  Consequently, it will not be formally dismissed from the case as of yet, although Philadelphia will not be participating in future proceedings (except for a

potential motion to bar contribution claims). In the meantime, all claims against Defendant Continental Western Insurance Company remain unchanged.

DATED: December 13, 2022

BULLIVANT HOUSER BAILEY PC

By *s/ John A. Bennett*
John A. Bennett, WSBA #33214
E-mail: john.bennett@bullivant.com

Attorneys for Defendant Philadelphia Indemnity Insurance Company

4862-5326-1632.4

NOTICE OF SETTLEMENT WITH PHILADELPHIA INDEMNITY INSURANCE COMPANY

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351