FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNSERRA AT CRESENT BAR HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa company; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania company,<br><br>  Defendants. | No. 2:21-CV-00321-SAB<br><br>**ORDER RE: SETTLEMENT** |

Before the Court is Plaintiff and Defendant Philadelphia Indemnity Insurance's Notice of Settlement, ECF No. 58. Plaintiff is represented by Daniel Stephen Houser, Kevin J. Kay, and Thomas Lether. Defendant Philadelphia Indemnity Insurance is represented by John A. Bennett.

Plaintiff and Defendant Philadelphia Indemnity Insurance indicate they have settled Plaintiff's claims asserted against Defendant Philadelphia Indemnity Insurance. As part of the settlement, however, Defendant has reserved its right to file a motion for a contribution claim bar order. As such, they are not asking that

**ORDER RE: SETTLEMENT** # 1

Defendant be dismissed from this action. Rather, they indicate that Defendant will not be participating in future proceedings, except for a potential motion to bar contribution claims.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Philadelphia is granted leave to no longer participate in future proceedings except for a potential motion to bar contribution claims.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to **not** terminate Defendant Philadelphia, to enter this Order, and to provide copies to counsel.

**DATED** this 8th day of March 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: SETTLEMENT** # 2