FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUNSERRA AT CRESENT BAR HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa company; and PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania company,<br><br>    Defendants. | No. 2:21-CV-00321-SAB<br><br>**ORDER DENYING MOTION FOR CLAIM BAR-ORDER AND MOTION TO STRIKE** |

    A motion hearing was held in the above-captioned matter on December 15, 2023 via videoconference. Plaintiff was represented by Daniel S. Houser. Defendant Philadelphia Indemnity Insurance Company was represented by John A. Bennett. Defendant Continental Western Insurance Company was represented by Lisa C. Neal. Pending before the Court are Defendant Philadelphia's Motion for Claim-Bar Order, ECF No. 67, and Defendant CWIC's Motion to Strike, ECF No. 83.

//

**ORDER DENYING MOTION FOR CLAIM BAR-ORDER AND MOTION TO STRIKE** # 1

For the reasons stated on the record, the Court denied Defendant Philadelphia's motion for claim-bar order and denied Defendant CWIC's motion to strike as moot. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Philadelphia's Motion for Claim-Bar Order, ECF No. 67, is **DENIED**.

2. Defendant CWIC's Motion for Strike, ECF No. 83, is **DENIED as moot**.

3. Since the parties settled and no claims remain in the above-captioned matter, this matter is closed.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 15th day of December 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR CLAIM BAR-ORDER AND MOTION TO STRIKE # 2**